THE SCHOOL DISTRICT OF PHILADELPHIA
By:   Hannah Girer-Rosenkrantz, Esquire
Attorney I.D. No. 311216
Tel: (215) 400-6019                                    Attorney for Defendant,
440 N. Broad Street, 3rd Floor                  School District of Philadelphia
Philadelphia, PA  19130
Email:  hgirerrosenkrantz@philasd.org

---

## UNITED STATES DISTRICT COURT
### for the
### Eastern District of Pennsylvania

|  |  |  |
|---|---|---|
| M.T. on behalf of N.T., a minor, | : | JULY TERM, 2026 |
| *Plaintiff* | : | No. 26-4617 |
| SCHOOL DISTRICT OF PHILADELPHIA | : | |
| *Defendants* | : | |

---

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

        Please enter the appearance of the undersigned counsel for Defendant, the School District

of Philadelphia, in the above-captioned matter.  Defendant hereby demands trial by a 12-person

jury.


                                                            /s/  *Hannah Girer-Rosenkrantz*
                                                            Hannah Girer-Rosenkrantz, Esquire
                                                            Attorney for Defendants,
                                                            School District of Philadelphia


Date:  July 7, 2026