IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

M.T.                                :         CIVIL ACTION
                                    :
        v.                          :
                                    :
SCHOOL DISTRICT OF                  :         NO. 26-4617
PHILADELPHIA                        :

ORDER

AND NOW, this 15th day of July 2026, it is hereby

ORDERED that the above-captioned case is referred to Magistrate

Judge Elizabeth L. Toplin for a settlement conference to be

scheduled for a date within the next several weeks, if possible.


BY THE COURT:


/s/  Harvey Bartle III
                                              J.