IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| M.T. | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SCHOOL DISTRICT OF PHILADELPHIA | : | NO. 26-4617 |
| | : | |

ORDER

AND NOW, this 24th day of August 2026, upon consideration of the letter of plaintiff reporting that the parties have reached an agreement in principle, it is hereby ORDERED that the hearing on the motion for a preliminary injunction scheduled for Tuesday, September 8, 2026 at 9:30 a.m. is CANCELLED.

BY THE COURT:

/s/ Harvey Bartle III
J.