**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **M.T., individually and on behalf of N.T,**<br>**a child with a disability.**<br><br>***Plaintiffs*,**<br><br>**v.**<br><br>**SCHOOL DISTRICT OF PHILADELPHIA**<br><br>***Defendant.*** | : | **Case No. 2:26-cv-4617-HB** |

**[PROPOSED] ORDER TO APPROVE MINORS COMPROMISE AND DISMISS WITH PREJUDICE**

On October 14, 2026, the parties filed a Joint Motion for Approve Minor's Compromise and Dismissal with Prejudice in the above-entitled action. Having considered the parties' Motion and executed Settlement Agreement, the Court finds that the Settlement complies with Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court also finds that the parties subsequently reached agreement for reasonable attorneys' fees, that is based on lodestar of Plaintiffs' counsel and is reasonable, and will not be paid out of any fund obtained for N.T.

Therefore, the Court no longer needs to retain jurisdiction.

**WHEREFORE, it is ORDERED:**

The Joint Motion is Granted, the executed Settlement Agreement is approved, and this action is dismissed with prejudice under Rule 41(a)(2).

Dated: